# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

---

MARC IRWIN SHARFMAN, M.D., P.A.,

    Plaintiff,

v.                                                     Case No.: 6:21-cv-525-WWB-DCI

INFUCARE RX LLC,

    Defendant.

| JUDGE: | **Wendy W. Berger**<br>**U.S. District Judge** | DATE: | **April 5, 2023**<br>**2:03pm-2:08pm**<br>**Total time: 5 minutes** |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | **COURT REPORTER:** | Heather Suarez<br>heathersuarez.usocr@gmail.com |
| **COUNSEL FOR PLTF:** | Ryan M. Kelly | **COUNSEL FOR DEFT:** | Judith M. Mercier |

## TRIAL STATUS CONFERENCE

Case called; appearances taken.

Court addresses matters with the parties.

Court sets the case for bench trial for August 29, 2023, at 9:00am.

The parties are to contact the Courtroom Deputy Clerk (Regina) for more information on exhibits and to set up tech equipment.

Court adjourned.